Suzanne C. Leidner
LEIDNER & LEIDNER
4622 Hollywood Blvd.
Los Angeles, CA 90027
Tel: (323) 664-5670
Fax:(323)662-0840
State Bar of California #090387
EMAIL: Scleidner@sbcglobal.net

Attorney for Plaintiff
VALERIE TORRES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| VALERIE TORRES, | CASE NO.: CV 10—5904 JCG |
| Plaintiff | Order Awarding EAJA Fees |
| vs. | |
| MICHAEL ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

  IT IS ORDERED that based upon the parties Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees, Plaintiff shall be awarded attorney fees under EAJA in the amount of FOUR THOUSAND, TWO HUNDRED DOLLARS and 00/100 ($4,200.00), as authorized by 28 U.S.C. 2412(d), and subject to the terms of the above-referenced Stipulation.

DATED: October 27, 2011

_____
JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

-1-